# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARIE ROBERT REDEKER,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

Case No. 2:12-cv-00397-APG-GWF

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Respondents have filed a motion for an extension of time in which to file an answer to the remaining grounds of the second amended petition. Respondents seek an enlargement of time, up to and including May 18, 2015, to file an answer. Having reviewed the motion and good cause appearing, respondents' motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer to the remaining grounds of the second amended petition (dkt. #47) is **GRANTED.** Respondents' answer shall be filed on or before **May 18, 2015.**

    Dated this **27**th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE