# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARIE ROBERT REDEKER,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

Case No. 2:12-cv-00397-APG-GWF

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Petitioner has filed a motion for an extension of time in which to file a reply to the answer. (Dkt. #52). Petitioner seeks an enlargement of time, up to and including August 31, 2015, to file a reply to the answer. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a reply (dkt. #52) is **GRANTED**. Petitioner's reply to the answer shall be filed on or before **August 31, 2015.**

    Dated this 27th day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE