# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARIE ROBERT REDEKER,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

Case No. 2:12-cv-00397-APG-GWF

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Petitioner has filed an unopposed motion for a third extension of time in which to file a reply to the answer. (Dkt. #56). Petitioner seeks an enlargement of time, up to and including November 6, 2015, to file a reply to the answer. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for a third extension of time to file a reply (dkt. #56) is **GRANTED.** Petitioner's reply to the answer shall be filed on or before **November 6, 2015. No further extensions will be granted absent extraordinary circumstances.**

    Dated this 13th day of October, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE